[This opinion has been published in *Ohio Official Reports* at 82 Ohio St.3d 262.]

FOE AERIE 3958 HUBER HEIGHTS, APPELLEE, *v.* OHIO LIQUOR CONTROL COMMISSION, APPELLANT.

[Cite as *FOE Aerie 3958 Huber Hts. v. Ohio Liquor Control Comm.*, 1998-Ohio-238.]

*Search and seizure—Peace officers and authorized agents or employees of Department of Liquor Control need not identify themselves prior to entry to liquor permit premises, when—Reasonable expectation of privacy in liquor permit premises is minimal.*

(NO. 98-213—Submitted June 10, 1998—Decided July 1, 1998.)

APPEAL from the Court of Appeals for Montgomery County, No. 15979.

———————————

*Fawley & Associates, Darrell E. Fawley, Jr.* and *Kurt O. Gearhiser*, for appellee.

*Betty D. Montgomery*, Attorney General, and *David A. Raber*, Assistant Attorney General, for appellant.

———————————

{¶ 1} The judgment of the court of appeals is reversed on the authority of *AL Post 763 v. Ohio Liquor Control Comm.* (1998), 82 Ohio St.3d 108, 694 N.E.2d 905.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

———————————